**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WESTAR ENERGY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-769 T** |
| **v.** | ) | **The Honorable Emily C. Hewitt** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# JOINT STATUS REPORT

Pursuant to the Order of June 15, 2004, the parties respectfully provide this status report, setting out proposal of the parties regarding further proceedings in this case.

The parties have previously reported that by letter dated September 12, 2005, plaintiff submitted an offer in compromise, the acceptance of which would dispose of all issues presented by this case. Because of the nature of the case, and the amount in issue, authority to accept or reject that offer rests with the Chief of the Tax Division's Office of Review, after his evaluation of the recommendations of the Office of Chief Counsel, Internal Revenue Service, and of defendant's trial attorney, and the Chief of the Court of Federal Claims Section of the Tax Division. We have previously reported receipt of the recommendation of the Chief Counsel and, in our last report, that defendant's trial attorney has prepared and submitted his memorandum recommending acceptance of plaintiff's offer. In our last status report, we advised that that recommendation had been endorsed by the Chief of the Court of Federal Claims Section, and the case had been sent to the Office of Review for consideration and action. The settlement offer is

currently being considered by the Office of Review, which anticipates completing the process, including any necessary computations, within 60 days.

The parties will report again on or before December 8, 2006.

Respectfully submitted,

s/ Joseph M. Persinger
JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

s/ W. C. Rapp
W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/ Steven I. Frahm
Of Counsel

**Attorneys for Defendant**