**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WESTAR ENERGY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-769 T** |
| **v.** | ) | **The Honorable Emily C. Hewitt** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME**

Plaintiff, on behalf of itself and defendant[1] in the above-captioned case, respectfully moves the Court for leave to file this Status Report out of time pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC").

As good cause therefore, the parties state that this Status Report was due to be filed on or before December 8, 2006, pursuant to the Status Report of October 10, 2006. However, counsel for plaintiff inadvertently improperly calendared this matter, with the result that the report was not timely filed.

Pursuant to the Order of June 15, 2004, the parties respectfully provide this Status Report, setting out the proposal of the parties regarding further proceedings in this case.

The parties have previously reported that by letter dated September 12, 2005, plaintiff submitted an offer in compromise, the acceptance of which would dispose of all issues presented by this case. Because of the nature of the case, and the amount in issue, authority to accept or

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

reject that offer rests with the Chief of the Tax Division's Office of Review, after her evaluation of the recommendations of the Office of Chief Counsel, Internal Revenue Service, and of defendant's trial attorney, and the Chief of the Court of Federal Claims Section of the Tax Division. We have previously reported receipt of the recommendation of the Chief Counsel, submission by defendant's trial attorney of his memorandum recommending acceptance of plaintiff's offer, and the endorsement of that recommendation by the Chief of the Court of Federal Claims Section. The settlement offer is currently being considered by the Office of Review.

In our last report, we advised that the Office of Review expected to complete its review, including any necessary computations, within 60 days, or by about the time of the instant report. That expectation has not been fulfilled. The Tax Division's Recomputation Specialist, upon evaluating the task of performing computations, determined that additional documents were required, including updated transcripts of account. Receipt of those documents from the Internal Revenue Service has been delayed, and the computations have thus not been completed.

The line attorney in the Office of Review responsible for this case has completed his memorandum, and submitted it to the Chief of the Office of Review. Final action on the pending offer will be taken after the computations have been completed and reviewed.

The parties will report again on or before February 12, 2007.

Respectfully submitted,

December 12, 2006

s/ Joseph M. Persinger

JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

December 12, 2006

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O=CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

December 12, 2006

s/ Steven I. Frahm

Of Counsel

**Attorneys for Defendant**