# In the United States Court of Federal Claims

No. 02-769 T

(E-Filed: December 13, 2006)

| | |
|---|---|
| WESTAR ENERGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' joint Motion for Leave to File Joint Status Report Out of Time, filed on December 12, 2006. Based on representations contained therein, the motion is GRANTED. The parties' motion also contains the Joint Status Report (JSR). The court accepts the late filing of the JSR. The parties are not required to refile the JSR.

Further to the JSR filed on December 12, 2006, the parties shall submit their next JSR on or before Monday, February 12, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge