**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WESTAR ENERGY, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 02-769 T** |
| | ) | **The Honorable Emily C. Hewitt** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order of December 13, 2006, the parties respectfully provide this status report, setting out the proposal of the parties regarding further proceedings in this case.

The parties have previously reported that by letter dated September 12, 2005, plaintiff submitted an offer in compromise, the acceptance of which would dispose of all issues presented by this case. Because of the nature of the case, and the amount in issue, authority to accept or reject that offer rests with the Chief of the Tax Division's Office of Review, after her evaluation of the recommendations of the Office of Chief Counsel, Internal Revenue Service, and of defendant's trial attorney, and the Chief of the Court of Federal Claims Section of the Tax Division. We have previously reported receipt of the recommendation of the Chief Counsel, submission by defendant's trial attorney of his memorandum recommending acceptance of plaintiff's offer, and the endorsement of that recommendation by the Chief of the Court of Federal Claims Section. The settlement offer is currently being considered by the Office of Review.

In our last report, we advised that the Office of Review had been unable to finish its evaluation because of an inability to complete necessary computations. We explained that the Tax Division's Recomputation Specialist, upon evaluating the task of performing those computations, determined that additional documents were required, including updated transcripts of account. Despite considerable efforts, we have yet to obtain the necessary transcripts. The delay is caused in part by corporate reorganizations which have taken place since the years in issue. Such reorganizations (involving name changes, mergers, and assignment of new identification numbers) often cause confusion and delay in retrieving Service data. That has proved to be the case here. The Government's trial attorney has been in touch with the attorney at the Office of Chief Counsel, Internal Revenue Service, responsible for this case in an attempt to eliminate the confusion and expedite receipt of the necessary transcripts.

The line attorney in the Office of Review responsible for this case has completed his memorandum, and submitted it to the Chief of the Office of Review. Final action on the pending offer will be taken after the computations have been completed and reviewed.

Unless ordered to do otherwise, the parties will report again on April 13, 2007.

Respectfully submitted,

s/ Joseph M. Persinger

JOSEPH M. PERSINGER
*Attorney of Record*
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

Attorney for Plaintiff

/s W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief*

February 12, 2007

s/ Steven I. Frahm

Of Counsel

Attorneys for Defendant