# In the United States Court of Federal Claims

No. 02-769 T

(E-Filed: February 15, 2007)

| | |
|---|---|
| WESTAR ENERGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Status Report (JSR), filed on February 12, 2007. Further to the JSR, the parties shall submit their next JSR on or before Friday, April 13, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge