**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WESTAR ENERGY, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 02-769 T** |
| | ) | **The Honorable Emily C. Hewitt** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to the Order of June 15, 2005, the parties respectfully provide this status report, setting out the proposal of the parties regarding further proceedings in this case.

The parties have previously reported that by letter dated September 12, 2005, plaintiff submitted an offer in compromise, the acceptance of which would dispose of all issues presented by this case. By letter of June 7, 2007, plaintiff was notified that its offer had been accepted on behalf of the Attorney General. The Internal Revenue Service has been authorized and requested to make appropriate adjustments, and take appropriate action, as called for by the settlement. When those actions have been taken the parties will file a stipulation of dismissal with prejudice.

Unless ordered to do otherwise, the parties will report again on August 11, 2007, pursuant to the Court's Order of June 15, 2004.

Respectfully submitted,

s/ Joseph M. Persinger

JOSEPH M. PERSINGER
*Attorney of Record*
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

Attorney for Plaintiff

/s W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief*

June 12, 2007

s/ Mary M. Abate
Of Counsel

Attorneys for Defendant