# In the United States Court of Federal Claims

No. 02-769 T

(E-Filed: July 25, 2007)

WESTAR ENERGY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The Clerk of the Court has delivered to chambers unfiled a paper copy of the parties' Stipulation for Dismissal With Prejudice (Stipulation). The court requested, telephonically, that the parties also file the Stipulation electronically. The parties electronically filed the Stipulation on July 23, 2007. Nevertheless, the court directs the Clerk of Court to FILE the paper copy of the parties' Stipulation.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge